NO. 07-06-0035-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

FEBRUARY 23, 2006

_____

MARK FARR, D/B/A CAR PROBLEMS.NET, APPELLANT

V.

BEST PUBLICATIONS, L.L.P., APPELLEE

_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 56,465-C; HONORABLE PATRICK A. PIRTLE, JUDGE

_____

Before QUINN, C.J., and REAVIS and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant Mark Farr, d/b/a/ Car Problems.Net, filed a notice of appeal from the trial court's judgment in favor of appellee Best Publications, L.L.P. The notice is untimely. Thus, we must dismiss this purported appeal for want of jurisdiction.

The trial court's judgment was signed on September 29, 2005, and a motion for new trial was filed on October 24, making the notice of appeal due on or before December 28, 2005. *See* Tex. R. App. P. 26.1(a)(1). The notice of appeal, however, was not filed until January 19, 2006. Assuming, *arguendo*, application of the 15-day extension period provided by Rule 26.3 of the Texas Rules of Appellate Procedure, the notice still was not timely.

Pursuant to Rule 42.3(a) of the Texas Rules of Appellate Procedure, Farr's counsel, William J. Rice, Jr., was notified by letter dated January 30, 2006, of the untimely notice and directed to show grounds for continuing the appeal within ten days. Counsel did not respond.

Accordingly, the purported appeal is dismissed for want of jurisdiction.

Don H. Reavis
Justice